James T. Scime
Melissa D. Wischerath
Lipsitz Green Scime Cambria LLP
42 Delaware Avenue, Suite 120
Buffalo, NY 14202
(716) 849-1333
jscime@lglaw.com
mwischerath@lglaw.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TIMOTHY A. BARONE, | **STIPULATION REGARDING SELECTION OF MEDIATOR** |
| Plaintiff, | |
| v. | Civil No. 1:21-cv-727 |
| HARBOR FREIGHT TOOLS USA, INC., SUMECHT NA INC. f/k/a SUMEC NORTH AMERICA, INC., and SUMEC HARDWARE & TOOLS CO., LTD., | |
| Defendants. | |

IT HEREBY IS STIPULATED AND AGREED, by and between the undersigned counsel to this action, that Sharon Gerstman, Esq. has been selected, contacted, and has agreed to serve as Mediator for this action.

IT IS FURTHER STIPULATED AND AGREED, in consultation with the Mediator, Sharon Gerstman, Esq., that the initial mediation session will be held on November 28, 2023.

IT IS FURTHER STIPULATED AND AGREED that counsel will participate in the mediation session in good faith and confer with the Mediator regarding the scheduling of

additional conference(s), bearing in mind the deadline for the completion of ADR set forth in the Court's Scheduling Order.

Dated: September 19, 2023

| | |
|---|---|
| *s/ Melissa D. Wischerath* | *s/ Andrew J. Carroll, Esq.* |
| Melissa D. Wischerath, Esq. | Barclay Damon, LLP |
| Lipsitz Green Scime Cambria LLP | Attorneys for Defendant |
| Attorneys for Plaintiffs | Harbor Freight Tools |
| 42 Delaware Avenue, Suite 120 | 200 Delaware Avenue, 12th Fl. |
| Buffalo, NY 14202 | Buffalo, New York 14202 |
| mwischerath@lglaw.com | acarroll@barclaydamon.com |